

ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax. (212) 637-2750

RECEIVED
MAR 17 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
ANTHONY HUTCHINS,                :
                                 :
                  Plaintiff,     :
                                 :
        - v. -                   :
                                 :
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                  Defendant.     :
                                 :
- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

STIPULATION AND ORDER
___OF REMAND___

07 Civ. 8319 (RMB)

        IT IS HEREBY STIPULATED AND AGREED, by and between the
attorneys for the defendant and the plaintiff, that this action be,
and hereby is, remanded to the Commissioner of Social Security,
pursuant to sentence four of 42 U.S.C. § 405(g), for further

administrative proceedings.    The Clerk is directed to enter

judgment.  See Shalala v. Schaefer, 509 U.S. 292 (1993).  THE CLERK IS

FURTHER DIRECTED TO CLOSE THIS CASE.

Dated: New York, New York
       March _ , 2008

                          CENTER FOR DISABILITY ADVOCACY
                            RIGHTS ("CEDAR"), INC.
                          Attorneys for Plaintiff


                      By: _____
                          CHRISTOPHER J. BOWES, ESQ.
                          100 Lafayette Street, Suite 304
                          New York, New York  10013
                          Telephone No.: (212) 979-0505


                          MICHAEL J. GARCIA
                          United States Attorney for the
                          Southern District of New York
                          Attorney for Defendant


                      By: _____
                          SUSAN D. BAIRD
                          Assistant United States Attorney
                          86 Chambers Street - 3rd Floor
                          New York, New York  10007
                          Telephone No.: (212) 637-2713
                          Susan.Baird@usdoj.gov



SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

3/17/08