USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 3/20/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANTHONY HUTCHINS,

                Plaintiff,

      -against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.
------------------------------------------------------------X

07 CIVIL 8319 (RMB)

**JUDGMENT**

      Whereas the parties having stipulated that this action be remanded to the Commissioner, and the matter having come before the Honorable Richard M Berman, United States District Judge, and the Court, on March 17, 2008, having rendered its Order directing the Clerk of the Court to enter judgment remanding the case to the Commissioner, pursuant to Sentence Four, 42 USC Sect. 405(g) for further administrative proceedings, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 17, 2008, this action is remanded to the Commissioner **for further proceedings.**

**Dated:** New York, New York
       March 20, 2008

                                                J. MICHAEL McMAHON
                                                   Clerk of Court
                                BY:
                                                        Deputy Clerk



DOCKETED AS
A JUDGMENT
ON